Henry G. Burnett (HB 3273)
Sarah E. O'Connell (SO 0928)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

*Attorneys for Plaintiff AT&T Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AT&T CORP.,                                    :
                                               :
                          Plaintiff,           :
                                               :
        -against-                              :   Index No. _____
                                               :
NIGERIAN TELECOMMUNICATIONS,                   :   Rule 7.1 Statement
PLC                                            :
                                               :
                          Defendant.           :
-----------------------------------------------------------------x

*RECEIVED JUL 20 2007 U.S.D.C. S.D.N.Y. CASHIERS*

*JUDGE KAPLAN*

*07 CIV 6544*

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AT&T Corp., a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

> AT&T Inc. is the parent company of AT&T Corp.
>
> No publicly held corporation other than AT&T Inc. owns 10% or more of the stock of AT&T Corp.

31259992.1

-2-

| | |
|---|---|
| Dated: July 20, 2007<br>New York, New York | FULBRIGHT & JAWORSKI L.L.P.<br><br>By: _____<br>Henry G. Burnett (HB-3273)<br>Sarah E. O'Connell (SO 0928)<br>666 Fifth Avenue, 31st Floor<br>New York, New York  10103<br>Tel.:   (212) 318-3000<br>Fax:   (212) 318-3400<br>E-mail:  hburnett@fulbright.com<br>         soconnell@fulbright.com<br><br>-and-<br><br>Of Counsel:<br><br>Suzanne L. Montgomery, Esq.<br>One AT&T Way, Room 3A219<br>Bedminster, New Jersey 07921<br>Tel.:   (908) 234-5695<br>Fax.:  (832) 213-0359<br>E-mail:  sm6526@att.com<br><br>*Attorneys for Plaintiff AT&T Corp.* |

31259992.1                                          -2-