AT&T Corp., et. al., Plaintiff(s)
vs.
Nigerian Telecommunications, Plc, et. al., Defendant(s)

Case 1:07-cv-06544-LAK    Document 5-2    Filed 11/06/2007    Page 1 of 1



APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 250409-1

Law Firm Requesting Service:
FULBRIGHT & JAWORSKI
Ms. Sarah E. O'Connell
666 Fifth Ave., 31st Floor
New York, NY 10103-3198

## AFFIDAVIT OF SERVICE ON A CORPORATION

--Nigerian Telecommunications Plc
Court Case No. '07 CIV 6544

**Name of Server:** Emmanuel Atam, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 02-Oct-2007 01:10 pm

**Place of Service:** Plot 251, Herbert Macaulay Way, Central Business District, Abuja, Nigeria

**Documents Served:** the undersigned served the documents described as:
Summons in a Civil Action, Complaint, Civil Cover Sheet, Lewis A. Kaplan, U.S.D.J., packet, Individual Practices of Magistrate Judge Andrew J. Peck

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Nigerian Telecommunications Plc

By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is

Abah Samuel, Secretary

**Other Information:** The documents were served at the company Legal Department through the Secretary. Process was served pursuant to Order 12 Rule 24, High Court of the Federal Capital Territory, Abuja (Civil Procedure) Rules.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  M ; Skin Color _____ : Hair Color _____ : Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 19TH day of OCTOBER, 2007

Notary Public        (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122