Henry G. Burnett (HB 3273)
Sarah E. O'Connell (SO 0928)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

*Attorneys for Plaintiff AT&T Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

AT&T CORP.,

      *Plaintiff,*

  -against-        07 CV 6544 (LAK)

NIGERIAN TELECOMMUNICATIONS,  **MOTION FOR**
PLC,              **DEFAULT JUDGMENT**

      *Defendant.*

------------------------------------------------------------ x

  **PLEASE TAKE NOTICE** that, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55.2(b) of the Local Civil Rules for the Southern District of New York, and upon the annexed Affidavit of Henry G. Burnett in Support of Application to Court for Judgment Upon Default, sworn to January 18, 2008, with exhibits annexed thereto, the Affidavit of Suzanne L. Montgomery in Support of Motion for Entry of Default Judgment, sworn to January 16, 2008, with exhibits annexed thereto, the Affidavit of Dorian LaForce in Support of Assessment of Damages Upon Entry of Default, sworn to January 18, 2008, with exhibits annexed thereto, plaintiff AT&T Corp. ("AT&T"), will move this Court, before the Honorable Lewis A. Kaplan, District Judge of the United States District Court for the Southern District of New York, at the Courthouse located at 500 Pearl Street, Courtroom 12D, New York, New York, for entry of the Order and Judgment of Default in the above-captioned action, submitted

65120334.1

-2-

herewith, that will constitute a default judgment as against defendant Nigerian Telecommunications, PLC, and any further relief the Court deems just and proper.

Dated: January 18, 2008
      New York, New York

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Henry G. Burnett (HB 3273)
Sarah E. O'Connell (SO 0928)
666 Fifth Avenue, 31st Floor
New York, New York 10103
Telephone:  (212) 318-3000
Fax:  (212) 318-3400
E-mail:  hburnett@fulbright.com
      soconnell@fulbright.com

-and-

Of Counsel:

Suzanne L. Montgomery, Esq.
One AT&T Way, Room 3A219
Bedminster, New Jersey 07921
Telephone:  (908) 234-5695
Fax.:  (832) 213-0359
E-mail:  sm6526@att.com

*Attorneys for Plaintiff AT&T Corp.*