Henry G. Burnett (HB 3273)
Sarah E. O'Connell (SO 0928)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

*Attorneys for Plaintiff AT&T Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| AT&T CORP., | : |
| *Plaintiff,* | : 07 CV 6544 (LAK) |
| -against- | : **AFFIDAVIT OF DORIAN LAFORCE IN SUPPORT OF ASSESSMENT OF DAMAGES UPON <u>ENTRY OF DEFAULT</u>** |
| NIGERIAN TELECOMMUNICATIONS, PLC, | : |
| *Defendant.* | : |

------------------------------------------------------------ x

STATE OF NEW JERSEY  )
                    ) ss.:
COUNTY OF MORRIS    )

**DORIAN LAFORCE**, being duly sworn, deposes and says:

1.   I am an employee of Plaintiff AT&T Corp. ("AT&T"). My current position is Director of Interconnection Agreements. As a Director of Interconnection Agreements, I am responsible for billing and settlements for the EMEA region (Europe, Middle East and Africa), including billing and settlements for Defendant Nigerian Telecommunications, PLC, successor in interest to Nigerian Telecommunications, Ltd. ("NiTel"). I have been employed by AT&T for the past 25 years. I have personal knowledge of the matters set forth herein.

65124924.1

2. I submit this affidavit in support of AT&T's request for an assessment of damages upon entry of a default judgment against defendant Nigerian Telecommunications, PLC ("NiTel").

3. Attached hereto as Exhibit 1 is a copy of AT&T's Statement of Account for NiTel (the "SOA"). The SOA is kept in the course of AT&T's regularly conducted business.

4. The SOA sets forth the amounts owed by NiTel to AT&T for the services provided as well as any amounts paid by NiTel.

5. As set forth in AT&T's Complaint (the "Complaint"), AT&T provided three types of services to NiTel: Bilateral Termination Service, Switched Transit Service, and Global Hubbing Service.

**Bilateral Termination Service**

6. AT&T and NiTel entered into an "Intercontinental Telephone Service Agreement" (the "ITSA") pursuant to which AT&T and NiTel established direct circuits between the two countries to provide direct telecommunications service between Nigeria and the continental United States. The service the parties provided to each other under this agreement is known as "Bilateral Termination Service."

7. Pursuant to the ITSA, AT&T and NiTel were to engage in a netting process whereby one party would owe the other party money based upon the "net" number of minutes of telephone call traffic exchanged between the parties in both directions.

8. AT&T provided Bilateral Termination Service to NiTel during the period October 2003 through December 2004. The amounts due to AT&T from NiTel for Bilateral Termination Service for this period are set forth on pages 3-4 of Exhibit 1, and are denominated "Bi-Lateral" in the Service Description column of the spreadsheet. As set forth in Exhibit 1, for service

month October 2003, NiTel owed AT&T a balance of $32,866.08; for February 2004, a balance of $7,467.26; for March 2004, a balance of $24,165.33; for April 2004, a balance of $29,464.67; for June 2004, a balance of $13,864.97; for July 2004, a balance of $16,300.33; for May 2004 (this month appears out of order on the spreadsheet), a balance of $22,939.75; and for December 2004, a balance of $2,787.11. The total amount due and owing by NiTel to AT&T for Bilateral Termination Service is $149,855.50.

**Switched Transit Service**

9.  AT&T and NiTel also entered into a Transit Service Terms Agreement and accompanying Confidential Transit Arrangement for Global Switched Transit (together, the "Transit Agreement"), with Concert Network Services, Ltd. (hereinafter "Concert"), to provide global-switched transit services ("Transit Service").

10.  Concert was a joint venture between AT&T and British Telecommunications plc that was dissolved effective April 1, 2002. Upon the dissolution of Concert, the Transit Agreement was assigned to AT&T, and AT&T is the successor-in-interest to Concert under the Transit Agreement.

11.  For each minute of Transit Service provided by AT&T to NiTel, NiTel agreed to pay AT&T a per minute fee as provided by the terms of the Transit Agreement.

12.  AT&T provided Transit Service to NiTel. The amounts due to AT&T from NiTel for Bilateral Termination Service for this period are set forth on the first line on page 1 of Exhibit 1, and are denominated "CTA" in the Service Description column of the spreadsheet. As set forth in the column entitled "Amount Due," AT&T provided Transit Service to NiTel valued at $1,266,498.81 during this period. Through the netting process, set forth in the columns headed "Offset Information," AT&T has credited $687,325.20 to the amount NiTel owes under the

Transit Agreement. The total amount due and owing by NiTel to AT&T for Transit Service is $579,143.61.

**Global Hubbing Service**

13. On or about January 25, 2001, NiTel entered into an agreement with Concert called the "Concert Select Service Terms Attachment" and an accompanying "Concert Select Pricing Schedule" (together, the "Select Agreement"), pursuant to which Concert agreed to provide, and NiTel agreed to purchase, Global Hubbing Service. Upon the dissolution of Concert, the Select Agreement was assigned to AT&T, and AT&T is the successor-in-interest to Concert thereunder.

14. Pursuant to the Select Agreement, NiTel agreed to pay AT&T per minute rates for Global Hubbing Service.

15. For the period April 2004 through December 2005, AT&T provided Hubbing Service to NiTel based on the rates agreed upon by AT&T and NiTel. The amounts due to AT&T from NiTel for Global Hubbing Service for this period are set forth on pages 1-3 of Exhibit 1, and are denominated "Global Hubbing" in the Service Description column of the spreadsheet.

16. As set forth in Exhibit 1, for service month April 2004, NiTel owed AT&T a balance of $493,618.18; for service month May 2004, a balance of $256,618.18; for service month June 2004, a balance of $233,634.96; for service month July 2004, a balance of $391,851.21; for service month August 2004, a balance of $194,092.89; for service month September 2004, a balance of $185,245.97; for service month October 2004, a balance of $259,764.50; for service month November 2004, a balance of $154,254.19; for service month December 2004, a balance of $132,583.49; for service month January 2005, a balance of

$168,053.34; for service month February 2005, a balance of $129,750.70; for service month March 2005, a balance of $269,934.07; for service month April 2005, a balance of $513,440.20; for service month May 2005, a balance of $766,343.29; for service month June 2005, a balance of $162,477.30; for service month July 2005, a balance of $296.36; for service month August 2005, a balance of $262.47; for service month December 2005, a balance of $181.59; for service month January 2006, a balance of $1,998.81; for service month January 2007, a balance of $2,068.06; and for service month March 2007, a balance of $734.05. The total amount due and owing by NiTel to AT&T for Global Hubbing Service is $4,317,079.13.

17. In its complaint, AT&T claimed $4,318,413.14 for Global Hubbing Service, a difference of $1,334.01, based on a clerical error regarding the amounts due and owing for March 2007.

18. Exhibit 1 includes a balance due for February 2007 of $2,274.41. While this amount is due and owing to AT&T, it is not claimed in this action.

19. The total amount due and owing to AT&T for all three types of service is $5,046,078.24.

20. Annexed hereto as Exhibit 2 is a spreadsheet setting forth the calculation of interest at 9% per year through December 31, 2007. The total amount of interest through December 31, 2007 is $ 1,448,460.44. The daily interest rate from January 1, 2008 forward is $1,244.24.

WHEREFORE, AT&T requests the assessment of at least $5,046,078.24, plus interest in the amount of $1,448,460.44 for a total amount of $6,494,538.68, plus pre-judgment interest of $1,244.24 per day from January 1, 2008 through the date of judgment in damages upon entry of the annexed Judgment of Default against Defendant NiTel.

_____
Dorian LaForce

Sworn to before me this
18th day of January 2008

_____
Not[ary Public]
RAMESH MAHAJAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 6, 2012

# EXHIBIT 1

# at&t

## Statement of Account

**Special Circumstances**
- Do Not Pay - Legal Issues
- Do Not Pay - Offset Agreement in Place
- Do Not Pay - Reconciliation in Process
- Do Not Pay - Outstanding Debt
- Offset - GHS/Refile
- End of Term Contract

Carrier Name: Nigeria Telecom - NITEL
Country: Nigeria
ORACLE Customer Code: IVS-NGA01
VIPRS Customer Code: CC 7149
As of April 30, 2007
Book Close Month: January, 2008

### BILLING INFORMATION / OFFSET INFORMATION

| Service Month | Service Description | Reference # | Amount Due (USD) | IMF Factor | Amount Due | Due Date | Original Dispute | Service Description | Service Month | Invoice Number | US $ Amount | Date Applied / Relieved | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan01-Dec01 | CTA | KA0411R950 | $1,266,468.81 | 1.51047 | $1,266,468.81 | 11/24/2004 | $0.00 | Cash | | | | | |
| | | | | | | | | Bi-Lateral | Jan05-Dec05 | KA0612P195 | ($72,836.96) | 09/01/2005 | |
| | | | | | | | | Bi-Lateral | Jan06-Nov06 | KA0612P196 | ($202,533.79) | 12/12/2006 | |
| | | | | | | | | Bi-Lateral | Dec-06 | KA0703P183 | ($353,058.64) | 12/12/2006 | |
| | | | | | | | | | | | ($58,895.87) | 03/24/2007 | |
| | | | | | | | | | | Total Offset | ($687,325.26) | | $579,143.61 |
| Mar-04 | Global Hubbing | KA0405S062 | $235,484.26 | 1.44990 | $235,484.26 | 05/26/2004 | $0.00 | Bi-Lateral | Sep-04 | KA0511P490 | ($20,475.84) | 11/22/2005 | |
| | | | | | | | | Bi-Lateral | Oct-04 | KA0511P491 | ($84,353.37) | 11/22/2005 | |
| | | | | | | | | Bi-Lateral | Nov-04 | KA0511P492 | ($98,633.79) | 11/22/2005 | |
| | | | | | | | | Cash | | | ($32,021.26) | 01/27/2006 | |
| | | | | | | | | | | Total Offset | ($235,484.26) | | $0.00 |
| Apr-04 | Global Hubbing | KA0406S104 | $511,596.92 | 1.44908 | $511,596.92 | 06/24/2004 | $0.00 | Cash | | | ($17,978.74) | 01/27/2006 | |
| | | | | | | | | | | Total Offset | ($17,978.74) | | $493,618.18 |
| May-04 | Global Hubbing | KA0406S334 | $256,493.51 | 1.46122 | $256,493.51 | 07/16/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $256,493.51 |
| Jun-04 | Global Hubbing | KA0406S138 | $233,634.96 | 1.45776 | $233,634.96 | 08/30/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $233,634.96 |
| Jul-04 | Global Hubbing | KA0409S009 | $391,851.21 | 1.46956 | $391,851.21 | 09/23/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $391,851.21 |
| Aug-04 | Global Hubbing | KA0410S107 | $194,092.89 | 1.47272 | $194,092.89 | 10/28/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $194,092.89 |
| Sep-04 | Global Hubbing | KA0410S220 | $185,245.97 | 1.53803 | $185,245.97 | 11/14/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $185,245.97 |
| Oct-04 | Global Hubbing | KA0412S101 | $259,764.50 | 1.53803 | $259,764.50 | 12/22/2004 | $0.00 | | | | | | |

# Statement of Account

**Special Circumstances**
Do Not Pay - Legal Issues
Do Not Pay - Offset Agreement in Place
Do Not Pay - Reconciliation in Process
Do Not Pay - Outstanding Debt
Offset - GHS/Refile
End of Term Contract

Carrier Name: Nigeria Telecom - NITEL
Country: Nigeria
ORACLE Customer Code: IVS-NGA01
VIPRS Customer Code: CC 7149
As of April 30, 2007
Book Close Month: January, 2008

## BILLING INFORMATION

| Service Month | Service Description | Reference # | Amount Due (USD) | IMF Factor | Amount Due | Due Date | Original Dispute | Service Description | Service Month | Invoice Number | US $ Amount | Date Applied / Relieved | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov-04 | Global Hubbing | KA0412S253 | $154,254.19 | 1.53070 | $154,254.19 | 01/15/2005 | $0.00 | | | Total Offset | $0.00 | | $259,764.50 |
| | | | | | | | | | | | | | $154,254.19 |
| Dec-04 | Global Hubbing | KA0501S277 | $132,583.48 | 1.51709 | $132,583.48 | 02/13/2005 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $132,583.48 |
| Jan-05 | Global Hubbing | KA0503S084 | $168,053.34 | 1.00000 | $168,053.34 | 03/20/2005 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $168,053.34 |
| Feb-05 | Global Hubbing | KA0504S058 | $129,750.70 | 1.00000 | $129,750.70 | 04/28/2005 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $129,750.70 |
| Mar-05 | Global Hubbing | KA0504S217 | $269,934.07 | 1.00000 | $269,934.07 | 05/15/2005 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $269,934.07 |
| Apr-05 | Global Hubbing | KA0506S065 | $513,440.20 | 1.00000 | $513,440.20 | 06/27/2005 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $513,440.20 |
| May-05 | Global Hubbing | KA0507S098 | $766,343.29 | 1.00000 | $766,343.29 | 07/12/2005 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $766,343.29 |
| Jun-05 | Global Hubbing | KA0508S110 | $162,477.30 | 1.00000 | $162,477.30 | 08/27/2005 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $162,477.30 |
| Jul-05 | Global Hubbing | KA0509S073 | $296.36 | 1.00000 | $296.36 | 09/25/2005 | $0.00 | | | | | | |

**OFFSET INFORMATION**

# at&t

## Statement of Account

| Special Circumstances |
|---|
| Do Not Pay - Legal Issues |
| Do Not Pay - Offset Agreement in Place |
| Do Not Pay - Reconciliation in Process |
| Do Not Pay - Outstanding Debt |
| Offset - GHS/Refile |
| End of Term Contract |

Carrier Name: Nigeria Telecom - NITEL
Country: Nigeria
ORACLE Customer Code: IVS-NGA01
VIPRS Customer Code: CC 7149
As of April 30, 2007
Book Close Month: January, 2008

| | BILLING INFORMATION | | | | | | | | OFFSET INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Service Month | Service Description | Reference # | Amount Due (USD) | IMF Factor | Amount Due | Due Date | Original Dispute | Service Description | Service Month | Invoice Number | US $ Amount | Date Applied / Relieved | Balance Due |
| Aug-05 | Global Hubbing | KA0509S121 | $262.47 | 1.00000 | $262.47 | 10/122/2005 | | | | Total Offset | $0.00 | | $296.36 |
| | | | | | | | | | | | | | $262.47 |
| Dec-05 | Global Hubbing | KA0602S067 | $181.59 | 1.00000 | $181.59 | 02/27/2006 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $181.59 |
| Jan-06 | Global Hubbing | KA0603S088 | $1,998.81 | 1.00000 | $1,998.81 | 03/23/2006 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $1,998.81 |
| Jan-07 | Global Hubbing | KA0703S056 | $2,068.06 | 1.00000 | $2,068.06 | 03/30/2007 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $2,068.06 |
| Feb-07 | Global Hubbing | KA0704S033 | $2,274.41 | 1.00000 | $2,274.41 | 04/22/2007 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $2,274.41 |
| Mar-07 | Global Hubbing | KA0705S032 | $734.05 | 1.00000 | $734.05 | 05/26/2007 | $0.00 | | | Total Offset | $0.00 | | |
| | | | | | | | | | | | | | $734.05 |
| TOTAL | Global Hubbing | | $4,567,740.02 | | $4,567,740.02 | | $0.00 | | | Total Offset | ($253,463.00) | | $4,319,353.54 |
| | Refile | | | | $0.00 | | | | | | | | |
| TOTAL | Refile | | $0.00 | | $0.00 | | $0.00 | | | Total Offset | $0.00 | | $0.00 |
| Oct-03 | Bi-Lateral | KA0408R081 | $32,866.08 | 1.46372 | $32,866.08 | 09/13/2004 | $0.00 | | | | $0.00 | | $0.00 |
| | | | | | | | | | | Total Offset | $0.00 | | $32,866.08 |

# Statement of Account

**Carrier Name:** Nigeria Telecom - NITEL
**Country:** Nigeria
**ORACLE Customer Code:** IVS-NGA01
**VIPRS Customer Code:** CC 7149
**As of April 30, 2007**
**Book Close Month:** January, 2008

**Special Circumstances**
- Do Not Pay - Legal Issues
- Do Not Pay - Offset Agreement in Place
- Do Not Pay - Reconciliation in Process
- Do Not Pay - Outstanding Debt
- Offset - GHS/Refile
- End of Term Contract

| Service Month | Service Description | BILLING INFORMATION | | | | | | OFFSET INFORMATION | | | | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Reference # | Amount Due (USD) | IMF Factor | Amount Due | Due Date | Original Dispute | Service Description | Service Month | Invoice Number | US $ Amount | Date Applied / Relieved | |
| Feb-04 | Bi-Lateral | KA0409R028 | $7,467.26 | 1.45670 | $7,467.26 | 09/22/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $7,467.26 |
| Mar-04 | Bi-Lateral | KA0409R029 | $24,165.33 | 1.45670 | $24,165.33 | 10/08/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $24,165.33 |
| Apr-04 | Bi-Lateral | KA0409R030 | $29,464.67 | 1.45670 | $29,464.67 | 10/08/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $29,464.67 |
| Jun-04 | Bi-Lateral-Adj | KA0410R041 | $13,864.97 | 1.46444 | $13,864.97 | 10/20/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $13,864.97 |
| Jul-04 | Bi-Lateral | KA0410R042 | $16,300.33 | 1.46444 | $16,300.33 | 10/20/2004 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $16,300.33 |
| May-04 | Bi-Lateral | KA0511R027 | $22,939.75 | 1.42001 | $22,939.75 | 11/22/2005 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $22,939.75 |
| Dec-04 | Bi-Lateral | KA0511R028 | $2,787.11 | 1.42001 | $2,787.11 | 11/22/2005 | $0.00 | | | | | | |
| | | | | | | | | | | Total Offset | $0.00 | | $2,787.11 |
| Jan05-Dec05 | Bi-Lateral | KA0612P195 | ($202,533.73) | 1.00000 | ($202,533.73) | 12/12/2006 | $0.00 | CTA | Jan01-Dec01 | KA0411R950 | $202,533.73 | 12/12/2006 | |
| | | | | | | | | | | Total Offset | $202,533.73 | | $0.00 |
| Jan06-Nov06 | Bi-Lateral | KA0612P196 | ($353,058.64) | 1.00000 | ($353,058.64) | 12/12/2006 | $0.00 | CTA | Jan01-Dec01 | KA0411R950 | $353,058.64 | 12/12/2006 | |
| | | | | | | | | | | Total Offset | $353,058.64 | | $0.00 |
| Dec-06 | Bi-Lateral | KA0703P183 | ($58,895.87) | 1.00000 | ($58,895.87) | 03/24/2007 | $0.00 | CTA | Jan01-Dec01 | KA0411R950 | $58,895.87 | 03/24/2007 | |
| | | | | | | | | | | Total Offset | $58,895.87 | | $0.00 |

AT&T - PROPRIETARY - Use Pursuant to Company Instructions
SOA 2008 NIGERIA-CARRIER.xls
Jan
4

# at&t

## Statement of Account

**Special Circumstances**
Do Not Pay - Legal Issues
Do Not Pay - Offset Agreement in Place
Do Not Pay - Reconciliation in Process
Do Not Pay - Outstanding Debt
Offset - GHS/Refile
End of Term Contract

Carrier Name:  Nigeria Telecom - NITEL
Country:  Nigeria
ORACLE Customer Code: IVS-NGA01
VIPRS Customer Code:  CC 7149
As of April 30, 2007
Book Close Month: January, 2008

### BILLING INFORMATION

| Service Month | Service Description | Reference # | Amount Due (USD) | IMF Factor | Amount Due | Due Date | Original Dispute |
|---|---|---|---|---|---|---|---|
| TOTAL | Bi-Lateral | | ($464,632.74) | | ($464,632.74) | | $0.00 |
| | Unapplied Cash | | | | $0.00 | | |
| TOTAL | Unapplied Cash | | $0.00 | | $0.00 | | $0.00 |
| GRAND TOTAL | | | $5,369,576.09 | | $5,369,576.09 | | $0.00 |

### OFFSET INFORMATION

| Service Description | Service Month | Invoice Number | US $ Amount | Date Applied/ Relieved | Balance Due |
|---|---|---|---|---|---|
| | | | $202,533.73 | | $149,855.50 |
| | | | $0.00 | | $0.00 |
| | | | ($123,766.23) | | $5,048,352.65 |

# EXHIBIT 2



## GHS - NIGERIA - INTEREST - CHARGE

| Service Month | Service Description | Reference # | Original Amount Billed | Payment Due Date | Last Date Applied / Relieved | Balance Due | Annual Interest Percentage | From | Through | Number of Months Lapsed | Interest Charge | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan01-Dec01 | CTA | KA0411R950 | $1,266,468.81 | 11/24/2004 | 03/24/2007 | $579,143.61 | 9.00% | 11/24/2004 | 12/31/2007 | 37 | $282,716.83 | CUM |
| | | | | | | | | | | | | CUM |
| Apr-04 | Global Hubbing | KA0406S104 | $511,596.92 | 06/24/2004 | 01/27/2006 | $493,618.18 | 9.00% | 06/24/2004 | 12/31/2007 | 42 | $158,051.70 | |
| May-04 | Global Hubbing | KA0406S334 | $256,493.51 | 07/16/2004 | | $256,493.51 | 9.00% | 07/16/2004 | 12/31/2007 | 41 | $78,871.75 | |
| Jun-04 | Global Hubbing | KA0406S138 | $233,634.96 | 08/30/2004 | | $233,634.96 | 9.00% | 08/30/2004 | 12/31/2007 | 40 | $70,090.49 | |
| Jul-04 | Global Hubbing | KA0409S009 | $391,851.21 | 09/23/2004 | | $391,851.21 | 9.00% | 09/23/2004 | 12/31/2007 | 39 | $114,616.48 | |
| Aug-04 | Global Hubbing | KA0410S107 | $194,092.89 | 10/28/2004 | | $194,092.89 | 9.00% | 10/28/2004 | 12/31/2007 | 38 | $55,316.47 | |
| Sep-04 | Global Hubbing | KA0410S220 | $185,245.97 | 11/14/2004 | | $185,245.97 | 9.00% | 11/14/2004 | 12/31/2007 | 37 | $51,405.76 | |
| Oct-04 | Global Hubbing | KA0412S101 | $259,764.50 | 12/22/2004 | | $259,764.50 | 9.00% | 12/22/2004 | 12/31/2007 | 36 | $70,136.42 | |
| Nov-04 | Global Hubbing | KA0412S253 | $154,254.19 | 01/15/2005 | | $154,254.19 | 9.00% | 01/15/2005 | 12/31/2007 | 35 | $40,491.72 | |
| Dec-04 | Global Hubbing | KA0501S277 | $132,583.48 | 02/13/2005 | | $132,583.48 | 9.00% | 02/13/2005 | 12/31/2007 | 34 | $33,808.79 | |
| Jan-05 | Global Hubbing | KA0503S084 | $168,053.34 | 03/20/2005 | | $168,053.34 | 9.00% | 03/20/2005 | 12/31/2007 | 33 | $41,593.20 | |
| Feb-05 | Global Hubbing | KA0504S058 | $129,750.70 | 04/28/2005 | | $129,750.70 | 9.00% | 04/28/2005 | 12/31/2007 | 32 | $31,140.17 | |
| Mar-05 | Global Hubbing | KA0504S217 | $269,934.07 | 05/15/2005 | | $269,934.07 | 9.00% | 05/15/2005 | 12/31/2007 | 31 | $62,759.67 | |
| Apr-05 | Global Hubbing | KA0506S065 | $513,440.20 | 06/27/2005 | | $513,440.20 | 9.00% | 06/27/2005 | 12/31/2007 | 30 | $115,524.05 | |
| May-05 | Global Hubbing | KA0507S098 | $766,343.29 | 07/12/2005 | | $766,343.29 | 9.00% | 07/12/2005 | 12/31/2007 | 29 | $166,679.67 | |
| Jun-05 | Global Hubbing | KA0508S110 | $162,477.30 | 08/27/2005 | | $162,477.30 | 9.00% | 08/27/2005 | 12/31/2007 | 28 | $34,120.23 | |
| Jul-05 | Global Hubbing | KA0509S073 | $296.36 | 09/25/2005 | | $296.36 | 9.00% | 09/25/2005 | 12/31/2007 | 27 | $60.01 | |
| Aug-05 | Global Hubbing | KA0509S121 | $262.47 | 10/22/2005 | | $262.47 | 9.00% | 10/22/2005 | 12/31/2007 | 26 | $51.18 | |
| Dec-05 | Global Hubbing | KA0602S067 | $181.59 | 02/27/2006 | | $181.59 | 9.00% | 02/27/2006 | 12/31/2007 | 22 | $29.96 | |
| Jan-06 | Global Hubbing | KA0603S088 | $1,998.81 | 03/23/2006 | | $1,998.81 | 9.00% | 03/23/2006 | 12/31/2007 | 21 | $314.81 | |
| Jan-07 | Global Hubbing | KA0703S056 | $2,068.06 | 03/30/2007 | | $2,068.06 | 9.00% | 03/30/2007 | 12/31/2007 | 9 | $139.59 | |
| Mar-07 | Global Hubbing | KA0705S032 | $734.05 | 05/26/2007 | | $734.05 | 9.00% | 05/26/2007 | 12/31/2007 | 7 | $38.54 | |
| | | | | | | | | | | | | |
| Oct-03 | Bi-Lateral | KA0408R081 | $32,866.08 | 09/13/2004 | | $32,866.08 | 9.00% | 09/13/2004 | 12/31/2007 | 39 | $9,613.33 | |
| Feb-04 | Bi-Lateral | KA0409R028 | $7,467.26 | 09/22/2004 | | $7,467.26 | 9.00% | 09/22/2004 | 12/31/2007 | 39 | $2,184.17 | |
| Mar-04 | Bi-Lateral | KA0409R029 | $24,165.33 | 10/08/2004 | | $24,165.33 | 9.00% | 10/08/2004 | 12/31/2007 | 38 | $6,887.12 | |
| Apr-04 | Bi-Lateral | KA0409R030 | $29,464.67 | 10/08/2004 | | $29,464.67 | 9.00% | 10/08/2004 | 12/31/2007 | 38 | $8,397.43 | |
| Jun-04 | Bi-Lateral-Adj | KA0410R041 | $13,864.97 | 10/20/2004 | | $13,864.97 | 9.00% | 10/20/2004 | 12/31/2007 | 38 | $3,951.52 | |
| Jul-04 | Bi-Lateral | KA0410R042 | $16,300.33 | 10/20/2004 | | $16,300.33 | 9.00% | 10/20/2004 | 12/31/2007 | 38 | $4,645.59 | |
| May-04 | Bi-Lateral | KA0511R027 | $22,939.75 | 11/22/2005 | | $22,939.75 | 9.00% | 11/22/2005 | 12/31/2007 | 25 | $4,301.20 | |
| Dec-04 | Bi-Lateral | KA0511R028 | $2,787.11 | 11/22/2005 | | $2,787.11 | 9.00% | 11/22/2005 | 12/31/2007 | 25 | $522.58 | |
| TOTAL | | | $5,751,382.18 | | | $5,046,078.24 | | | | 954 | $1,448,460.44 | |