**EXHIBIT 2**

| | |
|---|---|
| From: | Hadiza Dagabana-Sani [hdagabana-sani@TRANSCORPNIGERIA.COM] |
| Sent: | Friday, July 27, 2007 8:10 AM |
| To: | MONTGOMERY, SUZANNE L (Legal) |
| Subject: | RE: AT&T Corp. v. AT&T |

Dear Suzanne,
Thanks for your mail. I was on vacation and just resumed work yesterday. I am in discussion with my CEO and CFO to finalise the repayment proposal to you. I am working through the weekend on that and would send you the proposal by Monday.
Thank you for your understanding.
Regards

Hadiza Dagabana-Sani
Transnational Corporation Plc
11, Alfred Rewane
Ikoyi, Lagos
Mobile: 0803 320 5014
Tel: (+234) 1 2691024-5, 4630274
Fax:(+234) 1 4622074

www.transcorpnigeria.com

Transcorp....... Nigerians working for Nigeria

---

From: MONTGOMERY, SUZANNE L (Legal) [mailto:sm6526@att.com]
Sent: Fri 7/20/2007 11:54 PM
To: Hadiza Dagabana-Sani
Subject: AT&T Corp. v. AT&T


Dear Hadiza,

Attached please find copies of court pleadings that AT&T Corp. filed with the United States District Court for the Southern District of New York on July 20, 2007.  AT&T Corp. remains very interested in reaching an amicable resolution of this issue with Nitel, and is hopeful that Nitel similarly is interested in such a resolution.  I look forward to hearing from you.

Regards,
Suzanne

Suzanne L. Montgomery, Esq.
One AT&T Way, Room 3A219
Bedminster, New Jersey 07921
908-234-5695
832-213-0359 (FAX)
sm6526@att.com

1

**EXHIBIT 3**

| | |
|---|---|
| **From:** | MONTGOMERY, SUZANNE L (Legal) [sm6526@att.com] |
| **Sent:** | Tuesday, September 18, 2007 8:21 AM |
| **To:** | Hadiza Dagabana-Sani |
| **Subject:** | AT&T Corp. v. Nitel |
| **Attachments:** | Ltr to J Kaplan re initial pretrial conference.PDF |



Ltr to J Kaplan re initial pre...

Dear Hadiza,

Please see the attached Order entered yesterday by Judge Kaplan of the United States District Court for the Southern District of New York and a letter that we are sending to the judge this morning.

AT&T remains very interested in reaching an amicable resolution of this dispute. I look forward to hearing from you.

Regards,
Suzanne


Suzanne L. Montgomery, Esq.
One AT&T Way, Room 3A219
Bedminster, New Jersey 07921
908-234-5695
832-213-0359 (FAX)
sm6526@att.com

1

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM

HBURNETT@FULBRIGHT.COM
DIRECT DIAL: (212) 318-3324

TELEPHONE: (212) 318-3000
FACSIMILE: (212) 318-3400

September 18, 2007

**BY HAND DELIVERY**

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

Re: *AT&T Corp. v. Nigerian Telecommunications, Plc.*,
Index No. 07-CV-06544 (LAK)

Dear Judge Kaplan:

We represent AT&T Corp. ("AT&T") in the above-referenced action. We write regarding the Order Re Scheduling and Initial Pretrial Conference dated September 17, 2007 (the "Order"), a copy of which is enclosed.

AT&T is in the process of serving defendant Nigerian Telecommunications, Plc ("NiTel"). NiTel is located in Nigeria, a country that is not a signatory to the Hague Convention. While we anticipate that service will be effected on NiTel shortly, we respectfully request that the initial pretrial conference be put off until service on NiTel is complete. We will advise the Court once service has been completed so that the conference may be rescheduled. We have copied Ms. Hadiza Dagabana-Sani, General Counsel for NiTel, on this letter.

If you have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

Henry G. Burnett

cc: Ms. Hadiza Dagabana-Sani (by electronic mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

AT&T Corp.,
              Plaintiff(s),

     v.                                    07-cv-06544 (LAK)

Nigerian Telecommunications PLC.,
              Defendant(s).
------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

ORDER RE SCHEDULING AND
INITIAL PRETRIAL CONFERENCE

KAPLAN, District Judge.

   This action having been assigned to me for all purposes, it is hereby,
ORDERED as follows:

   1. Counsel receiving this order shall promptly mail copies hereof to all other counsel of record or, in the case of parties for which no appearance has been made, to such parties.

   2. Counsel for **all** parties are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule **and the agreed schedule calls for filing of the pretrial order not more than six (6) months from the date of this order,** counsel shall sign and email a PDF of the proposed schedule to the Orders and Judgment Clerk* within ten (10) days from the date hereof by using the consent scheduling order form annexed for the Court's consideration. If such a consent order is not filed within the time provided, a conference will be held on **10/4/07** in courtroom 12 D, 500 Pearl Street, New York, New York at **11:00 a.m.**

   3. Any party desiring a conference with the Court for purposes of discussing settlement, narrowing of issues, or other pertinent pretrial matters may request a conference by letter.

   4. Counsel should be aware that this case has been designated for Electronic Case Filing (ECF). It is the responsibility of counsel to become familiar with and follow ECF procedures. Information regarding the ECF system can be found on the Court's website at www.nysd.uscourts.gov.

September 17, 2007

                                          _____
                                          Lewis A. Kaplan
                                          United States District Judge

* Orders_and_Judgments@nysd.uscourts.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

**AT&T Corp.,**
              Plaintiff(s),          07-cv-06544 (LAK)

    v.

**Nigerian Telecommunications PLC.,**
              Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>Consent Scheduling Order</u>

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after _____.

2. No amendments to the pleadings will be permitted after _____.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before _____;

   (b) rebuttal expert witnesses on or before _____.

4. All discovery, including any depositions of experts, shall be completed on or before _____.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before _____.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:

                                                                                   Lewis A. Kaplan
                                                            United States District Judge

CONSENTED TO: [signatures of all counsel]

**EXHIBIT 4**

| | |
|---|---|
| From: | MONTGOMERY, SUZANNE L (Legal) [sm6526@att.com] |
| Sent: | Monday, October 08, 2007 7:31 PM |
| To: | Hadiza Dagabana-Sani |
| Cc: | Burnett, Henry G.; O'Connell, Sarah |
| Subject: | FW: 07cv6544 AT&T v. Nigerian Telecommunications |

Dear Hadiza,

Attached is an email that we recently received from the judge's chambers regarding the scheduling of the initial pre-trial conference in this matter. That conference is now scheduled for Monday, November 5, 2007 at 4:30 pm in the United States District Court for the Southern District of New York, Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge Lewis A. Kaplan.

Regards,
Suzanne

Suzanne L. Montgomery, Esq.
Senior Attorney - Litigation
AT&T Services, Inc.
One AT&T Way, Room 3A219
Bedminster, New Jersey 07921
908-234-5695
832-213-0359 (FAX)
sm6526@att.com

Notice: This e-mail message is confidential Attorney Client Communication and is intended only for the named recipient(s) above.
This message contains information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (908) 234-5695 and delete this e-mail message from your computer. Thank you.

---

From: Andrew_Mohan@nysd.uscourts.gov
[mailto:Andrew_Mohan@nysd.uscourts.gov]
Sent: Wednesday, September 26, 2007 10:37 AM
To: Burnett, Henry G.
Subject: 07cv6544 AT&T v. Nigerian Telecommunications


Dear Mr. Burnett: Judge Kaplan has received your 9/18/07 letter. In response he has adjouned the IPTC from October 4 to Monday November 5, 2007 at 4:30pm. When you serve the defendant, please inform them of the

1

date and time of the conference

===================================================

Andrew Mohan
Courtroom Deputy to Judge Kaplan
212-805-0104

COURT INFORMATION

LETTERS are not to be filed by ECF. Letters to Judge Kaplan must be submitted by hard-copy. Judge Kaplan does not accept faxes without prior chambers' approval.

LOCAL RULES: <a href="http://www1.nysd.uscourts.gov/courtrules.php">SDNY Local Rules</a>

JUDGE KAPLAN'S INDIVIDUAL PRACTICES: <a href="http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=121">Judge Kaplan's Individual practices</a> IF THIS LINK TAKES YOU TO A BLANK PAGE, PLEASE REFRESH YOUR BROWSER.

ECF RULES: <a href="http://www1.nysd.uscourts.gov/ecf_filing.php">ECF Rules</a> PLEASE REMEMBER THAT LETTERS ARE NOT TO BE FILED BY ECF IN USDC-SDNY.

STIPULATIONS & PROPOSED ORDERS in ECF cases should be emailed to the Orders and Judgment Clerks at: Orders_and_Judgments@nysd.uscourts.gov

NON-ECF orders issued by Judge Kaplan can be viewed on CourtWeb at : <a href="http://www.nysd.uscourts.gov/courtweb/public.htm">CourtWeb<a/>

2

# EXHIBIT 5

| | |
|---|---|
| **From:** | MONTGOMERY, SUZANNE L (Legal) [sm6526@att.com] |
| **Sent:** | Friday, November 02, 2007 2:35 PM |
| **To:** | Hadiza Dagabana-Sani |
| **Subject:** | AT&T Corp. v. Nitel |
| **Attachments:** | 1562_001.pdf; FW: 07-cv-06544-LAK AT&T Corp. v. Nigerian Telecommunications PLC. |

1562_001.pdf (42 KB)

FW: 06544-LAK AT&T C

Dear Hadiza,

Attached are: (1) an email that we received yesterday from the Courtroom Deputy of Judge Kaplan of the United States District Court for the Southern District of New York and (2) a letter that we sent the court earlier today.

<<1562_001.pdf>>   <<FW: 07-cv-06544-LAK AT&T Corp. v. Nigerian Telecommunications PLC.>>

Regards,
Suzanne

Suzanne L. Montgomery, Esq.
One AT&T Way, Room 3A219
Bedminster, New Jersey 07921
908-234-5695
832-213-0359 (Fax)
908-635-4945 (Cell)
sm6526@att.com

1

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
666 FIFTH AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10103-3198
WWW.FULBRIGHT.COM

HBURNETT@FULBRIGHT.COM    TELEPHONE:  (212) 318-3000
DIRECT DIAL: (212) 318-3324    FACSIMILE:  (212) 318-3400

November 2, 2007

**BY HAND DELIVERY**

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

Re:  *AT&T Corp. v. Nigerian Telecommunications, Plc.*,
     Index No. 07-CV-06544 (LAK)

Dear Judge Kaplan:

We represent AT&T Corp. ("AT&T") in the above-referenced action. We write regarding the Initial Pretrial Conference currently scheduled for November 5, 2007.

On September 17, 2007, the Court sent an Order Re Scheduling the Initial Pretrial Conference. Upon receipt of the Order, AT&T informed the Court that it had not yet been able to effect service on Nigerian Telecommunications, Plc ("NiTel"), located in Nigeria. The Court rescheduled the initial pretrial conference to November 5, 2007. On October 2, AT&T effected service on NiTel, and provided 90 days for NiTel to respond to the Complaint. We respectfully request that the initial pretrial conference be postponed until after December 31, 2007, the date by which NiTel must make an appearance in this action. We have copied Ms. Hadiza Dagabana-Sani, General Counsel for NiTel, on this letter.

If you have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

*Henry G. Burnett /so*

Henry G. Burnett

cc:   Ms. Hadiza Dagabana-Sani  (by electronic mail)

65067674.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC

| | |
|---|---|
| From: | MONTGOMERY, SUZANNE L (Legal) [sm6526@att.com] |
| Sent: | Friday, November 02, 2007 2:29 PM |
| To: | MONTGOMERY, SUZANNE L (Legal) |
| Subject: | FW: 07-cv-06544-LAK AT&T Corp. v. Nigerian Telecommunications PLC. |

From: Andrew_Mohan@nysd.uscourts.gov
[mailto:Andrew_Mohan@nysd.uscourts.gov]
Sent: Thursday, November 01, 2007 3:21 PM
To: Burnett, Henry G.; O'Connell, Sarah
Subject: 07-cv-06544-LAK AT&T Corp. v. Nigerian Telecommunications PLC.


Dear Counsel: The time of the conference on Monday, November 5, 2007 is moved up to 2:30pm. Since we have a busy criminal calendar starting at 2:30, I suggest that you and your adversary show up 5 minutes early to ensure that your conference is the first one the Judge hears. You should notify all other attorneys in this action of the new time of the conference.

Thank you.

========================================================
Andrew Mohan
Courtroom Deputy to Judge Kaplan
212-805-0104

COURT INFORMATION

LETTERS are not to be filed by ECF. Letters to Judge Kaplan must be submitted by hard-copy. Judge Kaplan does not accept faxes without prior chambers' approval.

LOCAL RULES: <a href="http://www1.nysd.uscourts.gov/courtrules.php">SDNY Local Rules</a>

JUDGE KAPLAN'S INDIVIDUAL PRACTICES: <a href="http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=121">Judge Kaplan's Individual practices</a> IF THIS LINK TAKES YOU TO A BLANK PAGE, PLEASE REFRESH YOUR BROWSER.

ECF RULES: <a href="http://www1.nysd.uscourts.gov/ecf_filing.php">ECF Rules</a> PLEASE REMEMBER THAT LETTERS ARE NOT TO BE FILED BY ECF IN USDC-SDNY.

STIPULATIONS & PROPOSED ORDERS in ECF cases should be emailed to the Orders and Judgment Clerks at: Orders_and_Judgments@nysd.uscourts.gov

1

NON-ECF orders issued by Judge Kaplan can be viewed on CourtWeb at : <a href="http://www.nysd.uscourts.gov/courtweb/public.htm">CourtWeb<a/>

**EXHIBIT 6**

| | |
|---|---|
| **From:** | MONTGOMERY, SUZANNE L (Legal) [sm6526@att.com] |
| **Sent:** | Monday, November 05, 2007 3:31 PM |
| **To:** | Hadiza Dagabana-Sani |
| **Subject:** | RE: AT&T Corp. v. Nitel |
| **Attachments:** | FW: 07cv6544 AT&T v. Nigerian |



FW: 07cv6544
AT&T v. Nigerian

Dear Hadiza,

Attached is an email that we received on Friday from the Courtroom Deputy of Judge Kaplan of the United States District Court for the Southern District of New York.

Regards,
Suzanne

> <<FW: 07cv6544 AT&T v. Nigerian>>
> _____
> From:     MONTGOMERY, SUZANNE L (Legal)
> Sent:     Friday, November 02, 2007 2:35 PM
> To:  'Hadiza Dagabana-Sani'
> Subject:     AT&T Corp. v. Nitel
>
> Dear Hadiza,
>
> Attached are: (1) an email that we received yesterday from the
> Courtroom Deputy of Judge Kaplan of the United States District Court
> for the Southern District of New York and (2) a letter that we sent
> the court earlier today.
>
>  << File: 1562_001.pdf >>  << Message: FW: 07-cv-06544-LAK AT&T Corp.
> v. Nigerian Telecommunications PLC. >>
>
> Regards,
> Suzanne
>
> Suzanne L. Montgomery, Esq.
> One AT&T Way, Room 3A219
> Bedminster, New Jersey 07921
> 908-234-5695
> 832-213-0359 (Fax)
> 908-635-4945 (Cell)
> sm6526@att.com

1

| | |
|---|---|
| **From:** | MONTGOMERY, SUZANNE L (Legal) [sm6526@att.com] |
| **Sent:** | Monday, November 05, 2007 3:30 PM |
| **To:** | MONTGOMERY, SUZANNE L (Legal) |
| **Subject:** | FW: 07cv6544 AT&T v. Nigerian |

From: Andrew_Mohan@nysd.uscourts.gov
[mailto:Andrew_Mohan@nysd.uscourts.gov]
Sent: Friday, November 02, 2007 2:18 PM
To: Burnett, Henry G.
Subject: 07cv6544 AT&T v. Nigerian


Dear Mr. Burnett: The Monday conference is adjourned until 1/11/07 at 10:00am.


===================================================
Andrew Mohan
Courtroom Deputy to Judge Kaplan
212-805-0104

COURT INFORMATION

LETTERS are not to be filed by ECF. Letters to Judge Kaplan must be submitted by hard-copy. Judge Kaplan does not accept faxes without prior chambers' approval.

LOCAL RULES: <a href="http://www1.nysd.uscourts.gov/courtrules.php">SDNY Local Rules</a>

JUDGE KAPLAN'S INDIVIDUAL PRACTICES: <a href="http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=121">Judge Kaplan's Individual practices</a> IF THIS LINK TAKES YOU TO A BLANK PAGE, PLEASE REFRESH YOUR BROWSER.

ECF RULES: <a href="http://www1.nysd.uscourts.gov/ecf_filing.php">ECF Rules</a> PLEASE REMEMBER THAT LETTERS ARE NOT TO BE FILED BY ECF IN USDC-SDNY.

STIPULATIONS & PROPOSED ORDERS in ECF cases should be emailed to the Orders and Judgment Clerks at: Orders_and_Judgments@nysd.uscourts.gov

NON-ECF orders issued by Judge Kaplan can be viewed on CourtWeb at : <a href="http://www.nysd.uscourts.gov/courtweb/public.htm">CourtWeb<a/>

1

2