IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AT&T CORP.,

              *Plaintiff,*

    -against-                    07 CV 6544 (LAK)

NIGERIAN TELECOMMUNICATIONS,    **ORDER AND**
PLC,                                         **JUDGMENT OF DEFAULT**

              *Defendant.*
------------------------------------------------------------ x

This action having been commenced on July 20, 2007 by the filing of the Complaint naming Nigerian Telecommunications, PLC ("NiTel") as defendant, and APS International Ltd., being appointed Special Process Service, and service of a copy of the summons and complaint having been personally served on NiTel, through Abah Samuel, Secretary of Nitel at the offices of NiTel located at Plot 251, Herbert Macaulay Way, Central Business District, Abuja, Nigeria on October 2, 2007, and proof of service having been filed with the Court on November 1, 2007, and Defendant NiTel not having appeared or answered the Complaint, and the time for answering the Complaint having expired, it is this _____ day of _____ 2008,

ORDERED, ADJUDGED AND DECREED: That Plaintiff AT&T CORP. have judgment against NiTel in the amount of $5,046,078.24 with interest at 9% amounting to $1,448,460.44 amounting in to $6,494,538.68, plus pre-judgment interest of $1,244.24 per day from January 1, 2008 through the date of judgment.

Dated: New York, New York                          SO ORDERED:

_____                             _____
                                                                           Hon. Lewis A. Kaplan
                                                                           United States District Judge
                                                                           Southern District of New York

65120338.1