Henry G. Burnett (HB 3273)
Sarah E. O'Connell (SO 0928)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

*Attorneys for Plaintiff AT&T Corp.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

AT&T CORP.,

      *Plaintiff,*         07 CV 6544 (LAK)

  -against-            **AFFIDAVIT OF SERVICE**

NIGERIAN TELECOMMUNICATIONS,
PLC,

      *Defendant.*

------------------------------------------------------------ x

STATE OF NEW YORK )
        ) ss:
COUNTY OF NEW YORK )

**SARAH E. O'CONNELL**, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and associated with the firm of Fulbright & Jaworski, L.L.P., attorneys for plaintiff AT&T Corp. ("AT&T") in the above-captioned action.

2. On Friday, January 18, 2008, I sent a copy of AT&T's Motion for Default Judgment, the Affidavit of Henry G. Burnett in Support of Application to Court for Judgment Upon Default, sworn to January 18, 2008, with exhibits, the Affidavit of Suzanne L. Montgomery in Support of Motion for Entry of Default Judgment, sworn to January 16, 2008, with exhibits, the Affidavit of Dorian LaForce in Support of Assessment of Damages Upon Entry of Default, sworn to January 18, 2008, with exhibits, and the proposed Order and

65125852.1

Judgment of Default by DHL courier to Plaintiff Nigerian Telecommunications, PLC ("NiTel"), Plot 251, Herbert Macaulay Way, Central Business District, Abuja, Nigeria.

3. On Monday, January 21, 2008, a copy of AT&T's Motion for Default Judgment, the Affidavit of Henry G. Burnett in Support of Application to Court for Judgment Upon Default, sworn to January 18, 2008, with exhibits, the Affidavit of Suzanne L. Montgomery in Support of Motion for Entry of Default Judgment, sworn to January 16, 2008, with exhibits, the Affidavit of Dorian LaForce in Support of Assessment of Damages Upon Entry of Default, sworn to January 18, 2008, with exhibits, and the proposed Order and Judgment of Default was also sent to Hadiza Dagabana-Sania, General Counsel of NiTel, by electronic mail to hdagabana-sani@transcorpnigeria.com.

_____
Sarah E. O'Connell

Sworn to before me this
22nd day of January 2008

_____
Notary Public