USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

AT&T CORP.,                                  :
                                             :       07 CV 6544 (LAK)
                        *Plaintiff,*         :
                                             :
            -against-                        :       **AMENDED ORDER**
                                             :       **AND JUDGMENT OF**
NIGERIAN TELECOMMUNICATIONS,                 :       **DEFAULT TO FACILITATE**
PLC,                                         :       **ENFORCEMENT IN NIGERIA**
                                             :
                        *Defendant.*         :

-------------------------------------------------------- x

This action having been commenced on July 20, 2007 by the filing of the Complaint

naming Nigerian Telecommunications, PLC ("NiTel") as defendant, and APS International Ltd.,

being appointed Special Process Service, and service of a copy of the summons and complaint

having been personally served on NiTel, through Abah Samuel, Secretary of Nitel at the offices

of NiTel located at Plot 251, Herbert Macaulay Way, Central Business District, Abuja, Nigeria

on October 2, 2007, and proof of service having been filed with the Court on November 1, 2007,

and Defendant NiTel not having appeared or answered the Complaint, and the time for

answering the Complaint having expired, on the 6th day of February 2008, this Court So Ordered

the Order and Judgment of Default and wrote in the total amount of judgment including pre-

judgment interest up to the date of the Order by hand. To facilitate enforcement in Nigeria, this

Amended Order and Judgment of Default to Facilitate Enforcement in Nigeria is entered,

replacing the hand written notations on the document with typewritten amounts. It is, therefore,

65120338 1

ORDERED, ADJUDGED AND DECREED:    That Plaintiff AT&T CORP. have judgment against NiTel in the amount of $5,046,078.24 with interest at 9% amounting to $1,494,497.32 amounting in total to $6,540,575.56.  The Clerk shall close the case.

Dated: New York, New York

2/5/08

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York